**Order entered January 6, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00095-CR
No. 05-12-00096-CR
No. 05-12-00097-CR

**THOMAS LEE NIX, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause Nos. 003-82321-10, 003-82323-10, 003-82324-10**

## ORDER

The Court **ORDERS** court reporter Denise Condran to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit nos. 1 and 2, DVDs.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Denise Condran, official court reporter, County Court at Law No. 3, and to counsel for all parties.

/s/     LANA MYERS
JUSTICE